Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−12269−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John W Salerno
   30 Bedle Road
   Hazlet, NJ 07730

Social Security No.:
   xxx−xx−4390

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/11/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 11, 2026
JAN: wiq

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-12269-MBK

John W Salerno                                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 2

Date Rcvd: May 11, 2026                       Form ID: 148                                   Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John W Salerno, 30 Bedle Road, Hazlet, NJ 07730-1235 |
| 521018953 | + | Deutsche Bank National Trust Co, C/O Brock and Scott, 6 Campus Drive, Suite 304, Parsippany NJ 07054-4406 |
| 521043376 | + | NJ Housing and Mortgage Finance Agency, ERMA Assistance, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 521043377 | + | New Rez / Shellpoint Mortgage, c/o Brock & Scott, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 11 2026 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 11 2026 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | May 11 2026 21:04:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 521017733 | + | EDI: BANKAMER | May 12 2026 00:39:00 | Bk of Amer, PO BOX 982238, EL PASO TX 79998-2238 |
| 521017734 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 11 2026 21:04:37 | Caine Weiner Compa, PO BOX 55848, SHERMAN OAKS CA 91413 |
| 521202401 | | Email/Text: mtgbk@shellpointmtg.com | May 11 2026 21:04:00 | Deutsche Bank National Trust Company, c/o NewRez LLC, P.O. Box 10826, Greenville SC 29603-0826 |
| 521021291 | + | Email/Text: RASEBN@raslg.com | May 11 2026 21:04:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 521017735 | + | EDI: CBS7AVE | May 12 2026 00:39:00 | Ginnys Inc, 1112 7TH AVE, MONROE WI 53566-1364 |
| 521017736 | | Email/Text: mail@jjenkinslawgroup.com | May 11 2026 21:04:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 521075219 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 11 2026 21:04:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 521017737 | + | EDI: JPMORGANCHASE | May 12 2026 00:39:00 | Jpmcb Card, PO BOX 15369, WILMINGTON DE 19850-5369 |
| 521022263 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2026 21:02:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521017738 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2026 21:03:15 | Lvnv Funding Llc, PO BOX 1269, GREENVILLE SC 29602-1269 |
| 521017739 | + | EDI: CBS7AVE | | |

District/off: 0312-3                       User: admin                              Page 2 of 2
Date Rcvd: May 11, 2026                    Form ID: 148                        Total Noticed: 19

| | | May 12 2026 00:39:00 | Through the Country Do, 1112 7TH AVE, MONROE WI 53566-1364 |
|---|---|---|---|
| 521017740 | + EDI: CITICORP | | |
| | | May 12 2026 00:39:00 | Universal Cd Cbna, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS SD 57108-5027 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor Deutsche Bank National Trust Company cwoerner@raslg.com |
| Jeffrey E. Jenkins | on behalf of Debtor John W Salerno mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor Soundview Home Loan Trust 2006-OPT3  Asset-Backed Certificates, Series 2006-OPT3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5