| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | |
|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>PO Box 4853<br>Trenton,  NJ    08650<br>(609) 587-6888 | |
| In re:<br><br><br>John W Salerno<br><br><br><br>                    Debtor(s) | |

**Order Filed on May 11, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 26-12269 / MBK

Chapter: 13

Hearing Date: 05/06/2026

Judge:  Michael B. Kaplan

## CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: May 11, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

*rev. 5/8/17*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to file a feasible plan, income and/or budget statement

- lack of prosecution

- failure to attend Confirmation Hearing

- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, or any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-12269-MBK

John W Salerno                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 1

Date Rcvd: May 11, 2026                     Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

**Recip ID              Recipient Name and Address**
db                    +  John W Salerno, 30 Bedle Road, Hazlet, NJ 07730-1235

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026                       Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

**Name                    Email Address**

Albert Russo
                         docs@russotrustee.com

Cory Francis Woerner
                         on behalf of Creditor Deutsche Bank National Trust Company cwoerner@raslg.com

Jeffrey E. Jenkins
                         on behalf of Debtor John W Salerno mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net

Matthew K. Fissel
                         on behalf of Creditor Soundview Home Loan Trust 2006-OPT3  Asset-Backed Certificates, Series 2006-OPT3
                         bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee
                         USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5